## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 25-CR-108** |
| | : | |
| v. | : | **VIOLATION:** |
| | : | **18 U.S.C. § 641** |
| | : | **(Theft of Government Property)** |
| **LEVITA ALMUETE FERRER,** | : | |
| **also known as LEVITA BREZOVIC,** | : | **FORFEITURE: 18 U.S.C. § 981(a)(1)(C),** |
| | : | **28 U.S.C. § 2461(c)** |
| **Defendant.** | : | |

### STATEMENT OF OFFENSE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits the following Statement of Offense.

The parties stipulate to the following facts.

1. Levita Almuete Ferrer, also known as Levita Brezovic, resided in Maryland and worked as a Senior Budget Analyst in the U.S. Department of State's Office of the Chief of Protocol, which was located in Washington, D.C. The State Department is a U.S. government agency. Ferrer had signature authority over a checking account that the Office of the Chief of Protocol maintained at a financial institution ("Office of Chief Protocol Checking Account").

2. Beginning in March 2022 and continuing through April 2024, Ferrer misused her position and her signature authority over the Office of Chief Protocol Checking Account to embezzle $657,347.50 from the State Department. Ferrer stole the money by issuing 60 checks payable to herself and three checks payable to another individual with whom she had a personal relationship. She printed and signed each check and then deposited all 63 checks via mobile deposit into her personal checking and savings accounts. The specific check numbers that she fraudulently issued from the Office of Chief Protocol Checking Account were: 1262, 1318, 1388, 1390, 1395, 1410, 1462, 1483, 1522, 1532, 1605, 1702, 1705, 1736, 1763, 1796, 1802, 1856, 1860, 1862, 1864,

1906, 1916, 1920, 1934, 1939, 2241, 2291, 2301, 2334, 2356, 2317, 2374, 2393, 2398, 2405, 2426, 2428, 2442, 2457, 2471, 2477, 2490, 2498, 2500, 2510, 2696, 2773, 2960, 2980, 2982, 2981, 3221, 3258, 3301, 3373, 3376, 3386, 3392, 3435, 3467, 3546, 3554.

3. As just one specific example of her scheme, on or about April 15, 2024, Ferrer deposited Check No. 3386 in the amount of $9,750 into her personal checking account. The check was drawn against the Office of Chief Protocol Checking Account. It was dated March 6, 2024, made payable to "Levita Brezovic," and signed by Ferrer. Ferrer endorsed the back of the check and wrote "For Mobile Deposit[.]"

4. Ferrer's attempt to conceal her scheme included the following. Ferrer generated the checks using a common Quickbooks account at the State Department. After she entered her name as the payee on checks and printed the checks, she often changed the listed payee in Quickbooks from herself to an actual State Department vendor. As a result, anyone viewing those entries in the Quickbooks system did not see Ferrer's name as the payee on those checks unless they accessed the audit trail. For example, a Quickbooks audit trail for Check No. 3386, i.e., the $9,750 check referenced above, showed the "latest" payee as a State Department vendor but the "prior" payee as "Levita Brezovic."

5. Ferrer willfully and knowingly embezzled not just the $9,750 referenced above, but the entire $657,347.50 that she stole from the State Department between March 2022 and April 2024, intending to permanently deprive the State Department and the U.S. government of the use and benefit of the money.

6. Ferrer admits that the funds that she stole from the U.S. government have been dissipated by her and cannot be located upon the exercise of due diligence; have been transferred

or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar Number 481866

By: /s/ Kondi J. Kleinman

Kondi J. Kleinman
California Bar No. 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-6887 | kondi.kleinman2@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding this offense. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crime that is charged. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

I read every word of this Statement of Offense. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 4/15/2025

Levita Almuete Ferrer
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and have reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Statement of Offense as true and accurate.

Date: 4/15/25

David Schertler, Esq.    NC
Counsel for Levita Almuete Ferrer