UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )   Case No. 1:25-CR-108 (CRC)<br>)<br>LEVITA ALMUETE FERRER, )<br>)<br>Defendant. )<br>) | |

**SUPPLEMENT TO RESPONSE OF DEFENDANT LEVITA FERRER
TO GOVERNMENT'S MOTION TO REVOKE DEFENDANT'S
<u>PRETRIAL RELEASE CONDITIONS</u>**

Defendant Levita Almuete Ferrer ("Ms. Ferrer"), through her attorneys, submits this supplement to her May 26, 2025, response to the Government's Motion to Revoke Defendant's Pretrial Release Conditions. In that response, Ms. Ferrer outlined several significant steps she has taken to treat her gambling addiction, including enrollment in Virginia's Voluntary Exclusion Program ("VEP") on May 19, 2025, attached as Exhibit 1, which will prevent her from entering casinos in the Commonwealth of Virginia for the next 5 years, and enrollment in Maryland's VEP on May 20, 2025, attached as Exhibit 2, which will prevent her from entering casinos in the state of Maryland for the rest of her life.

We are filing this supplement to inform the Court that Ms. Ferrer has since submitted paperwork to enroll in New Jersey and West Virginia's VEPs. *See* West Virginia Application, attached as Exhibit 3.[1] Further, based on Ms. Ferrer's enrollment in Maryland's lifetime VEP,

---

[1] Ms. Ferer's application to enroll in New Jersey's VEP was submitted electronically and we therefore do not currently have a PDF application to submit to the Court.

MGM Resorts International has entered a ban that will prevent Ms. Ferrer from entering any of its properties nationwide. *See* MGM May 28, 2025 Letter, attached as Exhibit 4.

## **CONCLUSION**

For these reasons and the reasons stated in Ms. Ferrer's response, Ms. Ferrer respectfully asks the Court to deny the Government's motion and allow her to remain in the community and continue to seek treatment on the same conditions of release.

        Respectfully submitted,

/s*/ Noah Cherry*
David Schertler (No. 367203)
Noah Cherry (1742964)
Schertler Onorato Mead & Sears, LLP.
555 13th Street, N.W., Suite 500 West
Washington, D.C.  20004
Telephone:  (202) 628-4199
dschertler@schertlerlaw.com
ncherry@schertlerlaw.com

*Counsel for Levita Ferrer*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 31st day of May 2025, a true and correct copy of the foregoing was electronically filed and served on counsel for the United States through ECF.

    */s/Noah Cherry*