

# Virginia Lottery | Gaming Compliance
## Voluntary Exclusion Program Enrollment Form
vep@valottery.com   Ph: (804) 692-7185
Virginia Lottery 600 E. Main St. Richmond, VA 23219

---

**Section 1: Important Information**.

1. By completing this form, you are voluntarily requesting to be placed on a voluntary exclusion list which will prohibit you from gambling in the Commonwealth.  Your identifying information will be distributed to all Virginia casino establishments, Virginia Lottery sports betting permit holders, the Virginia Office of Charitable and Regulatory Programs and the Virginia Racing Commission.  In addition, casino gaming establishments and sports betting permit holders may further restrict your gaming activities regulated or provided by those permit holders in jurisdictions outside the Commonwealth.

2. Your Self Exclusion Request Form and the Self Exclusion List maintained by the Lottery are deemed confidential and shall not be subject to disclosure in response to public records requests under the Virginia Freedom of Information Act (Va. Code § 2.2-3700 et seq.).

3. You must choose one of the following options in connection with the length of time your name **must** remain on the Self-Exclusion List: two years, five years, or lifetime.  Once you have submitted the request, you cannot request removal from the list.  At the end of your two or five-year exclusion period, the Lottery will automatically remove your name from the list and notify all casino gaming establishments, sports betting permit holders, the Virginia Office of Charitable and Regulatory Programs, and the Virginia Racing Commission.  Your name will be removed from these lists within seven days of receipt of notice from the Lottery.

4. If you chose to exclude for a lifetime, you must do so in person, by calling the VEP office at 804-692-7185 to make an appointment.

5. To complete the application process for two and five years, upload a valid government issued photo identification (i.e., driver's license) and a "selfie" head shot photograph of yourself.  Lifetime exclusions will complete this process at the time of their appointment. The Lottery will send to all Virginia casino gaming establishments both your photo and valid identification credential.

Exhibit 1



# Virginia Lottery | Gaming Compliance
## Voluntary Exclusion Program Enrollment Form
vep@valottery.com  Ph: (804) 692-7185
Virginia Lottery 600 E. Main St. Richmond, VA 23219

**Section 2: Personal Information. Please complete in its entirety.**

| First Name: Levita | Last Name: Ferrer-Brezovic | Middle Name: Almuete | Suffix: |
|---|---|---|---|
| Aliases or Other Names: Levita Ferrer | | Date of Birth (MM/DD/YYYY): ▮ | Gender: Female |
| Physical Address: ▮ | City: ▮ | State: MD | Zip Code: ▮ |
| Primary Telephone #: ▮ | Email Address: ▮ | | |
| Last Four Digits of Social Security # (or international id if no SSN) ▮ | State ID/Driver's License/Passport #: ▮ | Type of ID: Driver's License | |
| Mailing Address (if different from physical address): ▮ | | | |

**Section 3:** Valid Identification credentials- Upload **two** attachments: a government issued photo identification (i.e., drivers license, passport) and "selfie" head shot photograph of yourself using your cell phone or digital camera.

**Section 4: Period of Self-Exclusion: Initial below Two or Five Years - Must choose one**

_____ Two Years          LAF
                                       _____ Five Years

**Lifetime ****Please contact the VEP office at 804-692-7185 to make an in-person appointment.**

Exhibit 1



# Virginia Lottery | Gaming Compliance
## Voluntary Exclusion Program Enrollment Form
vep@valottery.com   Ph: (804) 692-7185
Virginia Lottery 600 E. Main St. Richmond, VA 23219

**Section 5:  Acknowledgement**

Initial next to each paragraph.  I understand:

- I am voluntarily requesting exclusion from all Virginia casino gaming establishments, Virginia sports betting permit holders, account-based lottery games as well as games offered by the Virginia Office of Charitable and Regulatory Programs and the Virginia Racing Commission.   *UAF*   **initial here.**

- I understand that the Lottery will share my information with all Virginia casino gaming establishments, Virginia sports betting permit holders, the Virginia Office of Charitable and Regulatory Programs, and the Virginia Racing Commission who will prohibit me from participating in their gaming activities.   *UAF*   **initial here.**

- I understand that Virginia casino gaming establishments and sports betting permit holders may further restrict my ability to participate in gaming activities administered by them outside of the Commonwealth.   *UAF*   **initial here.**

- I understand once placed on the self-exclusion list I do not have access to my player's account, prohibited from opening a new player's account, and cannot enter a casino gaming facility until the end of my exclusion period.   *UAF*   **initial here**

- I understand that the ultimate responsibility to abstain from gambling is mine alone and if during the period of my self-exclusion any money obtained by me in violation of my self-exclusion shall be subject to forfeiture and donated to the Commonwealth's Problem Gambling Treatment and Support Fund.   *UAF*   **initial here.**

- I agree to notify the Lottery within seven days if my address or other contact information changes   *UAF*   **initial here.**

- I understand that once I am placed on the Voluntary Exclusion List, I cannot come off that list until the end of my exclusion period.   *UAF*   **initial here**.

- I represent that I am not under duress nor under the influence of any substance (e.g., alcohol or illegal drugs) and I do not have any condition that might impair my ability to understand the instructions and this form.   *UAF*   **initial here.**

**Exhibit 1**



# Virginia Lottery | Gaming Compliance
## Voluntary Exclusion Program Enrollment Form
vep@valottery.com   Ph: (804) 692-7185
Virginia Lottery 600 E. Main St. Richmond, VA 23219

**Section 6:  Waiver and Release:**

I hereby release and forever discharge the Commonwealth of Virginia, the Virginia Lottery, their Board members, officers, employees and agents, all Virginia casino gaming establishments, Virginia sports betting permit holders to operate a sports betting platform and their employees and agents in the Commonwealth, the Virginia Office of Charitable and Regulatory Programs and the Virginia Racing Commission and their employees and agents, from any liability to the individual requesting self-exclusion, as applicable, and his or her heirs, administrators, executors and assignees for any harm, monetary or otherwise, which may arise out of or by reason of any act or omission relating to the request for self-exclusion, or request for removal from the self-exclusion list, including:

a. Its processing or enforcement.
b. The failure to withhold gaming related privileges from, or restore gaming privileges to, a self-excluded individual.
c. Permitting a self-excluded individual to engage in gaming activity while on the list of self excluded individuals; and
d. Disclosure of the information contained in the self-exclusion list, except for a willfully unlawful disclosure of such information.

I certify under penalty of perjury that the information I have provided is true and accurate and that I am the person identified on this form. I have read and understand and agree to the waiver and release included with this request for self-exclusion.  I am aware that my signature authorizes the Virginia Lottery to direct all Virginia casino gaming establishments, Virginia sports betting permit holders, representatives of account-based lottery accounts, the Virginia Office of Charitable and Regulatory Programs and the Virginia Racing Commission to restrict my gaming activities in accordance with this request until the expiration of my exclusion period.  I am aware and I agree that that during my period of self-exclusion any winnings seized from me is subject to forfeiture.  I acknowledge that sports betting permit holders may further restrict my gaming activities in jurisdictions outside of the Commonwealth.

Signed by:
*Levita Almuete Ferrer-Brezovic*
0C6E13C40CD94CC...

5/19/2025

Enrollee Signature                                    Date (mm/dd/yyyy)

**Exhibit 1**