# SELF-EXCLUSION REQUEST FORM



Please complete and review all of the information below. You may fill in the required information electronically and print, or print this form and handwrite your information using a ball point pen. See Page two of this document for additional instructions.

| Legal Last Name | Legal First Name | MI | Suffix | Date of Birth (month/date/year) |
|---|---|---|---|---|
| FERRER-BREZOVIC | LEVITA | A | | / / |

| Last 4 of Social Security # | Primary Telephone Number | Mobile Telephone Number |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

**Home Address** / **Mailing Address** (if different from home address)

| | Home | Mailing |
|---|---|---|
| Street: | [redacted] | |
| City: | Montgomery Villafe | |
| State: | MD | |
| Zip Code: | [redacted] | |

Driver's License #: [redacted]    License State:

| Gender: | Female | Race: | Asian | Eyes: | Brown |
|---|---|---|---|---|---|
| Hair: | Brown | Height: | 5'1 | Weight: | 118 |

Scars/Tattoos/Distinguishing Features: R Leg; R shoulder tiny green apple

Any other names or aliases used: Levita Ferrer

| INITIAL THE APPROPRIATE "YES" OR "NO" BOX BELOW | YES | NO |
|---|---|---|
| 1. Are you completing this application on your own free will? | [initialed] | |
| 2. I understand that by completing this application, I am authorizing the West Virginia Lottery Commission to release its contents of this application to all West Virginia Casinos, their agents and affiliates, and mobile apps and gaming through the West Virginia Lottery? | [initialed] | |
| 3. I understand that by completing this application, licensed casinos in West Virginia may choose to deny me service or access at their facilities in other jurisdictions. | [initialed] | |

**PERSONAL ACKNOWLEDGEMENT**

I, **Levita Ferrer-Brezovic**, acknowledge and understand that I am requesting voluntary exclusion from all four (4) West Virginia Racetracks and Casinos and The Historic Greenbrier Casino, all of which are regulated by the West Virginia Lottery, hereafter referred to collectively as "Casinos", iGaming, and Sports Betting mobile and online application associated with the West Virginia Lottery, *this form does not Self exclude you from iLottery (iPlay).* I hereby request and authorize the West Virginia Lottery Director to place my name on the list of excluded persons pursuant to the Racetrack Table Games Rule §179-8-126 through 130 and/or Limited Gaming Facility Rule §179-4-171 through 175.

I have reviewed and understand the following terms and restrictions of this self-exclusion request and agree to all of them, as signified by my initials below:

Last updated: July 17, 2024        Page 1 of 3        Form CLS-5001
                                    Last viewed: July 17, 2024

Exhibit 3

| INITIAL | PLEASE READ AND INITIAL THE BOX TO THE LEFT OF EACH STATEMENT |
|---|---|
| *AH* | This exclusion is valid for ALL West Virginia Casinos, including the Historic Greenbrier Casino, and all mobile applications and gaming associated with West Virginia Lottery. |
| *AH* | I agree by the terms of this exclusion, upon entering a casino's property I am guilty of trespass, subject to prosecution. I will be escorted from the premises without appeal or recourse. |
| *AH* | I will not attempt to enter any of the Casinos or access any online gaming applications from which I have requested exclusion. |
| *AH* | I understand that I will not be permitted on the gaming floor of any West Virginia casino. |
| *AH* | I understand that casino surveillance operations and the West Virginia Lottery take reasonable measures to identify self-excluded persons who attempt to enter the Casinos. Once identified, they promptly escort the self-excluded person from the facility. |
| *AH* | I understand that I am ultimately held responsible for myself and limiting my access to the Casinos and any online gaming or mobile applications. |
| *AH* | I will not seek to hold the West Virginia Lottery or any of the Casino(s) liable in any way should I enter one of the Casinos and/or use any of the services or privileges therein, or access any mobile applications or online gaming, despite this exclusion request. |
| *AH* | I understand that the West Virginia Lottery Exclusion List is public record, and therefore my inclusion on this list is public record. |
| *AH* | The West Virginia Lottery Commission will consider removal from the statewide Self-Exclusion List after one year from the date of the exclusion. Should I elect to request to be removed from the self-exclusion list, I agree to submit a written request to the West Virginia Lottery using its Self-Exclusion Removal Form. |
| *AH* | I understand that I will be on the list permanently unless a determination is made by the West Virginia Lottery Commission, or a court of law, to the contrary. |
| *AH* | I understand that Self-Exclusion from Casinos, iGaming, and Sports betting *does not exclude the player from iLottery (iPlay)*. That must be done via the Self-Exclusion program on the mobile app or website. |
| *AH* | I understand that responsible gaming help can be obtained by calling 1-800-Gambler or visiting www.1800gambler.net. |

### INSTRUCTIONS FOR COMPLETING YOUR VERIFICATION FORM

Copy and attach photo identification used to verify patron's identity. If this form is not completed in the presence of West Virginia Lottery Security Personnel, the bottom of page 3 must be notarized. Please mail completed form to the following address:

**ATTN: David Bradley**
West Virginia Lottery
900 Pennsylvania Avenue
Charleston, WV 25302

**Required Identification:**
Include photocopies of the following documents:
1. Driver's License - or any government-issued ID card that includes your photo, address, and

**Acceptable Forms of Government-Issued Photo ID:**
Driver's License, U.S. Passport, Military ID, or a government-issued ID card

Exhibit 3

### Agreement

I completely understand all provisions described herein and request to sign, voluntarily and knowingly, in agreement.

**Levita Ferrer-Brezovic**
Patron Printed Name

*Levita Ferrer-Brezovic* (signature)
Patron Signature

**05/28/2025**
Date

_____
WV Lottery Security Printed Name

_____
WV Lottery Security Signature

_____
Date

Must be notarized if this form was not completed in the presence of West Virginia Lottery Personnel

Subscribed and sworn to (or affirmed) before me this __28th__ day of __May__, __2025__.

by __Levita A. Ferrer-Brezovic__
Name of Affiant

__(signature)__
Signature Notary Public

__Cory J. Haslam__
Name of Notary Public

CORY J HASLAM
NOTARY PUBLIC
FREDERICK COUNTY
MARYLAND
MY COMMISSION EXPIRES 11/04/2027

(Seal)

Commission expires: __11/04/2027__

Personally known _____ OR produced identification __State of Maryland Driver's License__

Type of Identification produced __State of Maryland Driver's License__

Last updated: July 17, 2024

Page 3 of 3
Last reviewed: July 17, 2024

Form CLS-F001

Exhibit 3