

Wednesday, May 28, 2025

LEVITA BREZOVIC
MGM Rewards 77502900

██████████████
████████████████████████

Dear LEVITA BREZOVIC,

MGM Resorts International management has determined, after careful consideration, that it no longer desires to accept your business as a customer at its properties ("MGM Resorts Properties"). This decision is effective immediately and a barred status has been placed on your account(s). We hope that you respect management's decision. As a result, should you attempt to conduct any transactions at MGM Resorts Properties, whether gaming (such as placing funds on deposit, gambling in the casino or make reservations through Casino Marketing) or non-gaming (such as attempting to check in, dining in restaurants, going to nightclubs) transactions, you will be reminded of the restriction and asked to leave our premises. In the event that you receive any solicitations or offers to come to any MGM Resorts Properties (whether from MGM Resorts or a third party) or erroneously are permitted to check into a room, such invitations or transaction would have been sent or conducted in error, and they do not supersede or change your barred status.

| | | |
|---|---|---|
| Aria Resort & Casino | Beau Rivage Casino | Bellagio Hotel & Casino |
| Delano | Excalibur Hotel & Casino | Empire City Casino |
| Luxor Hotel & Casino | Mandalay Bay Hotel & Casino | The Cosmopolitan |
| MGM Detroit Casino | MGM Grand Las Vegas Hotel | Park MGM |
| MGM National Harbor | New York New York Casino | Vdara |
| MGM Springfield | Signature | |
| Borgata Hotel & Casino | MGM Northfield Park | |

Any questions concerning your account status should be directed to corporatecompliance@mgmresorts.com.

Sincerely yours,
MGM Resorts International

<span style="color:red">Exhibit 4</span>